

# IN THE
# TENTH COURT OF APPEALS

### No. 10-17-00194-CV

## IN RE KEITH AND SERENA TINKER

### Original Proceeding

## ORDER

This Court has considered the Relators' motion for emergency stay. Because we find that the trial court is in the best position to hold an evidentiary hearing to determine the merits of the Relators' contentions, the motion is denied without prejudice for the trial court to determine in the first instance whether the periods of possession and access of the children at issue in this proceeding previously ordered by the trial court should be modified. The Relators' petition for a writ of mandamus remains pending in this Court with the deadline to file a response by the Real Parties in Interest remaining on August 15, 2017.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion denied
Order issued and filed July 28, 2017

